# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-30522
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 12, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JERUSALIA BELL,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:23-CR-214-5

_____

Before CLEMENT, ENGELHARDT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Jerusalia Bell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bell filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Bell's response. We concur with

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30522

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.